

Edward GOODMAN, Appellant

v.

**PENNSYLVANIA BOARD
OF PROBATION AND
PAROLE, Appellee.**

Supreme Court of Pennsylvania.

June 16, 2014.

Edward Goodman, Pro Se.

John Jason Talaber, PA Board of Probation & Parole, Harrisburg, PA, for appellee Pennsylvania Board of Probation and Parole.

### ORDER

PER CURIAM.

**AND NOW,** this 16th day of June, 2014, the Order of the Commonwealth Court is **AFFIRMED.**

**COMMONWEALTH of Pennsylvania,
Respondent**

v.

**Stephen REID, Petitioner.**

Supreme Court of Pennsylvania.

July 8, 2014.

### ORDER

PER CURIAM.

**AND NOW,** this 8th day of July, 2014, the Petition for Allowance of Appeal is hereby **GRANTED,** the order of the Superior Court **VACATED,** and the matter **REMANDED** to the trial court for further proceedings consistent with *Commonwealth v. Walker*, —— Pa. ——, 92 A.3d 766, 2014 WL 2208139 (Pa. May 28, 2014). Jurisdiction relinquished.

**Dennis L. NESS and John E.
Bowders, Petitioners**

v.

**YORK TOWNSHIP BOARD
OF COMMISSIONERS,
Respondent.**

Supreme Court of Pennsylvania.

July 8, 2014.